**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bruno Marco Carbone | : CHAPTER 7 |
| Debtor | : CASE NO. 18-13852-JKF |
| John Antonucci | : |
| v. | : ADVERSE NO. 19-178-JKF |
| Bruno Marco Carbone | : |

**ORDER**

AND NOW. This 19th Day of March, 2020, the motion of the plaintiff for an extension of time to answer the defendant's motion to dismiss the amended complaint is hereby GRANTED. Defendant shall have an additional thirty (30) days to answer said motion.

BY THE COURT:

*/s/ Jean K. FitzSimon*

**Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge**