## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bruno Marco Carbone | : CHAPTER 7 |
| Debtor | : CASE NO. 18-13852-JKF |
| John Antonucci | : ADVERSE NO. 19-178-JKF |
| v. | |
| Bruno Marco Carbone | |

### ORDER

AND NOW, this _____ Day of _____, 2020, the motion of the plaintiff for an extension of time to answer the defendant's motion to dismiss the amended complaint is hereby GRANTED. Defendant shall have an additional thirty (30) days to answer said motion.

BY THE COURT:

**Date: May 22, 2020**

_/s/ Jean K. FitzSimon_
**Hon. Jean K. FitzSimon**
**U.S. Bankruptcy Judge**